

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2023

No. 04-23-00811-CR

**IN RE JOHN GILBERT CENTENO JR., RELATOR**

Original Proceeding[1]

**ORDER**

Relator's writ of habeas corpus is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 20, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CR-11020, styled *State v. John Gilbert Centeno, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.